ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
15260 VENTURA BOULEVARD
SUITE 830
SHERMAN OAKS, CALIFORNIA 91403
PHONE:    (818) 933-5700
FACSIMILE:    (818) 933-5755

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:24-bk-11739-MB |
| | Chapter 13 |
| ANA ELIA HADDAD | NOTICE OF WITHDRAWAL OF CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR CLAIM OF HOMESTEAD EXEMPTION (DOCKET #43) |
| Debtor(s) | Hearing Date:   June 5, 2025<br>Time:   11:30 a.m.<br>Location:   Via ZoomGov |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTE** that the Chapter 13 Trustee's Objection to Debtor Claim of Homestead Exemption filed on April 16, 2025, Docket#43, is hereby withdrawn.

Dated this 29th April 2025

_____
ELIZABETH F. ROJAS
Chapter 13 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15260 VENTURA BLVD., SUITE 830, SHERMAN OAKS, CA 91403

A true and correct copy of the foregoing document entitled (*specify*): _____
CHAPTER 13 TRUSTEE NOTICE OF OBJECTION AND OBJECTION TO DEBTOR CLAIM OF HOMESTEAD
EXEMPTION
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/30/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

JUANITA MILLER                JVMESQ@AOL.COM
UNITED STATES TRUSTEE (SV)    USTPREGION16.SV.ECF@USDOJ.GOV

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/30/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ANA ELIA HADDAD  PO BOX 5504  NORTH HOLLYWOOD CA 91606

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2025 | GISELE DORSEY | *(signed) Gisele Dorsey* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE